## BEAMAN v. SHEPPARD

No. 45 PC.

Case below: 35 N.C. App. 73.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 March 1978.

## BURKHIMER v. COBLE, COMR. OF REVENUE

No. 33 PC.

Case below: 35 N.C. App. 127.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 March 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 March 1978.

## GELDER & ASSOCIATES v. INSURANCE CO.

No. 24 PC.

Case below: 34 N.C. App. 731.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1978.

## HURDLE v. WHITE

No. 16 PC.

Case below: 34 N.C. App. 644.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1978.

## LOVE v. PRESSLEY

No. 14 PC.

Case below: 34 N.C. App. 503.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1978.